RICHARD R. PATCH (State Bar No. 88049)
ZUZANA S. IKELS (State Bar No. 208671)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile:  415.989.1663

Attorneys for Defendant
DISH NETWORK L.L.C.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NANCY INIGUEZ, JANICE NEULS, and ZEPHYR CULBERTSON ADEE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISH NETWORK L.L.C. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 12-CV-02354-JAM-JFM<br><br>**STIPULATION AND ORDER TO:**<br><br>**1) EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; AND**<br><br>**2) REMOVE NANCY INIGUEZ AS A PARTY TO THE ACTION** |

1.     On February 8, 2013, the Court granted Plaintiff's unopposed motion to amend the Complaint and required Defendant to file a responsive pleading on or before February 28, 2013. *See* Dkt. No. 17 (Minute Order).

2.     Pursuant to U.S. District Court for the Eastern District Local Rule 144, the parties stipulate, by and through their counsel of record, that Defendant DISH Network L.L.C. ("DISH") shall have an additional eleven days (11) days – that is, through and including March 11, 2013 – to respond to the First Amended Complaint filed in this action.

3.     Furthermore, the parties stipulate to remove Plaintiff Nancy Iniguez as a party to the action pursuant to Fed. R. Civ. P. 21, which states that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."

4.     Plaintiff Iniguez believes that the allegedly violative calls received by Iniguez were

09617.037 2344609v1                                      1

**STIPULATION AND [PROPOSED] ORDER TO: 1)  EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; AND 2) REMOVE NANCY INIGUEZ AS A PARTY TO THE ACTION**

not placed by DISH, but by a third party entity. As such, the parties believe good cause exists to remove and dismiss Plaintiff Iniguez as a party to the instant matter. Plaintiff Iniguez's dismissal from this action against DISH shall be with prejudice, with each side to bear its own fees and costs. Plaintiff Iniguez agrees to no longer participate in the instant matter either as a named party or class member, but reserves her right to take appropriate legal action against the third party entity.

     5. Plaintiff Neuls and Plaintiff Culbertson Adee shall remain in the matter as named representatives of the putative class.

DATED: February 26, 2013    COBLENTZ, PATCH, DUFFY & BASS LLP

By: */s/ Richard R. Patch*
Richard R. Patch
Attorneys for Defendant
DISH NETWORK L.L.C.

DATED: February 26, 2013    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Todd M. Friedman*
Todd M. Friedman
Attorneys for Plaintiffs
NANCY INIGUEZ, JANICE NEULS, and
ZEPHYR CULBERTSON ADEE, on behalf of
themselves and all others similarly situated.

IT IS SO ORDERED.

DATED: February 26, 2013    /s/ John A. Mendez

Hon. John A. Mendez
United States District Court Judge

09617.037 2344609v1

2

**STIPULATION AND [PROPOSED] ORDER TO: 1) EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; AND 2) REMOVE NANCY INIGUEZ AS A PARTY TO THE ACTION**