**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01181-WJM-KMT

JANICE NEULS, and ZEPHYR
CULBERTSON ADEE, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

DISH NETWORK L.L.C. and DOES 1
through 10, inclusive, and each of them,

        Defendants.

**NOTICE OF RELATED CASES**

Defendant DISH Network, L.L.C. files this Notice of Related Cases pursuant to District Court of Colorado Local Civil Rule 7.5. The above-captioned case reasonably may be related to the cases *Warnick v. DISH Network, L.L.C.*, Case No. 1:12-cv-01952-WYD-MEH, and *Lyons v. DISH Network, L.L.C.*, Case No. 1:13-cv-00192-WJM-KMT, pending in the United States District Court for the District of Colorado.

Dated this 23rd day of May, 2013.

By: */s/ Jeremiah J. Burke*
    Richard R. Patch (CA Bar No. 88049)
    Zuzana S. Ikels (CA Bar No. 208671)
    Jeremiah J. Burke (CA Bar No. 253957)
    COBLENTZ, PATCH, DUFFY & BASS LLP
    One Ferry Building, Suite 200
    San Francisco, CA  94111-4213
    Telephone:   415.391.4800
    Facsimile:    415.989.1663
    Email:       ef-rrp@cpdb.com
                  ef-zsi@cpdb.com
                  ef-jjb@cpdb.com

    Attorneys for Defendant
    DISH NETWORK L.L.C.

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2013, I electronically filed the foregoing **NOTICE OF RELATED CASES** with the Clerk of Court using the CM/ECF system which will send the notification of such filing to the following e-mail addresses and/or mailed copies of the foregoing via the U.S. Mail, postage prepaid, as follows:

**Attorneys for Plaintiffs:**
Todd M. Friedman, Esq.
Nicholas J. Bontrager, Esq.
Law Offices of Todd M. Friedman, P.C.
369 South Doheny Drive, Suite 415
Beverly Hills, CA  90211
Telephone:     877.206.4741
Facsimile:      866.633.0228
Email: tfriedman@attorneysforconsumers.com
         nbontrager@attorneysforconsumers.com



*/s/ Jeremiah J. Burke*