**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:    13-cv-01181-WJM-KMT | Date:   November 12, 2013 |
| Courtroom Deputy:   Sabrina Grimm | FTR:    Courtroom C-201 |

*Parties:*

JANICE NEULS,
ZEPHYR CULBERTSON ADEE, and
DAVID ZACHARIAS, on behalf of themselves and all
others similarly situated,

   Plaintiffs,

v.

DISH NETWORK, L.L.C, and
DOES 1 through 10, inclusive, and each of them,

   Defendants.

*Counsel:*

Nicholas Bontrager *(by telephone)*

Zuzana Ikels
Rachel Morris

## COURTROOM MINUTES

**MOTION HEARING**

**1:32 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

Court states its understanding of the issues.

Discussion regarding class certification discovery, outbound dial lists, costs related to the call records, relevancy of the requested information, STELA provisions, providing notice to customers, and burden of proof to ascertain class.

**ORDERED:**  Plaintiff's Notice of Motion and Motion to Compel Discovery Responses From Defendant Dish Network, LLC [36] is DENIED, as stated on record.

**ORDERED**:  Defendant Dish Network L.L.C.'s Motion to Strike Plaintiffs' Expert Disclosures, Compel Rule 26 Disclosures, and Enlarge Dish's Time to Disclose Experts [27] is GRANTED.  The expert disclosures from July 2013

          **are STRICKEN, as stated on record.  The discovery deadlines are extended as follows:**
          **Disclosure of Class Certification Experts:   December 4, 2013**
          **Disclosure of Rebuttal Class Certification Experts:   January 15, 2014**
          **Discovery Cut-off:   July 30, 2014**
          **Dispositive Motions Deadline:   September 2, 2014**
          **Disclosure of Affirmative Experts (non-class):   May 30, 2014**
          **Disclosure of Rebuttal Experts (non-class):   June 30, 2014**

**ORDERED:**   **The Final Pretrial Conference is VACATED and RESET as a Telephonic Final Pretrial Conference for November 18, 2014 at 9:30 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.**

**2:28 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    00:56

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.