**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01181-WJM

JANICE NEULS, ZEPHYR CULBERTSON ADEE, and DAVID ZACHARIAS on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

DISH NETWORK L.L.C. and DOES 1 through 10, inclusive, and each of them,

        Defendant.

## NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

Pursuant to District of Colorado Local Civil Rule 40.2, Plaintiffs Janice Neuls, Zephyr Culbertson Adee and David Zacharias and Defendant DISH Network L.L.C. ("DISH") hereby notify the Court that they have agreed to settle the above-captioned matter.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by and between the named Plaintiffs Janice Neuls, Zephyr Culbertson Adee, and David Zacharias and Defendant DISH, through their designated counsel, that the named Plaintiffs' claims against DISH are dismissed with prejudice and the above-captioned action should be closed.

Dated this 28th day of January, 2014.

    By: */s/ Richard R. Patch*
    Richard R. Patch (CA Bar No. 88049)
    Zuzana S. Ikels (CA Bar No. 208671)
    Jeremiah J. Burke (CA Bar No. 253957)
    COBLENTZ, PATCH, DUFFY & BASS LLP
    One Ferry Building, Suite 200
    San Francisco, CA  94111-4213
    Telephone:  415.391.4800
    Facsimile:  415.989.1663
    Email:  ef-rrp@cpdb.com
        ef-zsi@cpdb.com
        ef-jjb@cpdb.com

    Attorneys for Defendant
    DISH NETWORK L.L.C.

By: */s/ Todd M. Friedman*
 Todd M. Friedman, Esq.
 Nicholas J. Bontrager, Esq.
 Law Offices of Todd M. Friedman, P.C.
 369 South Doheny Drive, Suite 415
 Beverly Hills, CA  90211
 Telephone:     877-206-4741
 Facsimile:      866-633-0228
 Email: tfriedman@attorneysforconsumers.com
            nbontrager@attorneysforconsumers.com

 Attorneys for Plaintiffs JANICE NEULS,
 ZEPHYR CULBERTSON ADEE, and DAVID
 ZACHARIAS


By: */s/ Abbas Kazerounian*
 Abbas Kazerounian, Esq.
 Kazerouni Law Group, APC
 245 Fischer Avenue, Suite D1
 Costa Mesa, CA  92626
 Tel:  800-400-6808
 Fax:  800-520-5523
 E-mail:  ak@kazlg.com

 Attorneys for Plaintiffs JANICE NEULS,
 ZEPHYR CULBERTSON ADEE, and DAVID
 ZACHARIAS


By: */s/ Joshua B. Swigart*
 Joshua B. Swigart, Esq.
 Hyde & Swigart
 2221 Camino Del Rio South, Suite 101
 San Diego, CA  92108-3609
 Tel:  619-233-7770
 Fax:  619-297-1022
 E-mail:  josh@westcoastlitigation.com

 Attorneys for Plaintiffs JANICE NEULS,
 ZEPHYR CULBERTSON ADEE, and DAVID
 ZACHARIAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2014, I electronically filed the foregoing **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send the notification of such filing to the following e-mail addresses and/or mailed copies of the foregoing via the U.S. Mail, postage prepaid, as follows:

*Attorneys for Plaintiffs*
Todd M. Friedman, Esq.
Nicholas J. Bontrager, Esq.
Law Offices of Todd M. Friedman, P.C.
369 South Doheny Drive, Suite 415
Beverly Hills, CA  90211
Telephone:   877-206-4741
Facsimile:    866-633-0228
Email: tfriedman@attorneysforconsumers.com
          nbontrager@attorneysforconsumers.com

*Attorney for Plaintiffs*
Abbas Kazerounian, Esq.
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA  92626
Tel:  800-400-6808
Fax:  800-520-5523
E-mail:  ak@kazlg.com

*Attorneys for Plaintiffs*
Joshua B. Swigart, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA  92108-3609
Tel:  619-233-7770
Fax:  619-297-1022
E-mail:  josh@westcoastlitigation.com

 */s/ Richard R. Patch*
   Richard R. Patch